82,877-01

# NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

### Unsworn Declaration

I, Offender Patrick D. Moreno , TDCJ Number 1752336

am presently incarcerated at the **Mark W. Stiles Unit** of the Texas Department of Criminal Justice in **Jefferson County, Texas** declare under penalty of perjury that the above is true and correct.

Signed on the 9th day of February , 20 15 .

Patrick D. Moreno
Printed Name

Patrick D. Moreno
Signature

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 12 2015
Abel Acosta, Clerk

Unsworn Declaration

Abel Acosta / Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 12 2015
Abel Acosta, Clerk

February 9th, 2015

Re: Moreno, Patrick D., TDCJ No. 1752336 - Relator
v.
Henderson, Gayle, 112th Court Clerk - Respondent
Case No. P-3061-1-112-CR

Dear Mr. Acosta:
    Enclosed please find Moreno's original Affidavit/
Inmate's Unsworn Declaration (V.T.C.A. Civil Practice and
Remedies Code §132.001 - §132.003), Motion For Leave, and
application for Writ of Mandamus pursuant to Article 11.07
Section 3(c) of the Texas Code of Criminal Procedure.
    I have penciled the case number above because I was
reindicted and tried under cause number P-3156-112-CR. The original
indictment number was P-3061-112-CR. Please see Exhibit "B" in
application for Writ of Mandamus.
    Please file stamp and bring to the attention of this
Honorable Court. Thank you for your time and consideration.

Respectfully yours,

Patrick D. Moreno, Relator - Pro Se
TDCJ No. 1752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Enclosures as stated

CAUSE NO. P-3061-1-112-CR

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 12 2015
Abel Acosta, Clerk

IN RE MORENO, PATRICK D.
TDCJ NO. 1752336

MOTION FOR LEAVE TO FILE RELATOR'S ORIGINAL
APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW Patrick D. Moreno, Relator-Pro Se, and moves this Court for leave to file Relator's ("Moreno") original application for Writ of Mandamus pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, and would show the Court the following:

## I.

Moreno was convicted of Manslaughter, which was enhanced by a prior conviction to a First Degree Felony, by a jury in the 112th Judicial District Court of Pecos County, Texas, on November 3, 2011. Punishment was assessed by the Jury at ninety-nine (99) years confinement in the Texas Department of Criminal Justice - Institutional Division with a $10,000 fine. Moreno's

appellate attorney, Gonzalo P. Rios, Jr., filed an Anders' brief, with a Motion To Withdraw, on February 6, 2013 with the Eighth Court of Appeals at El Paso, Texas. Moreno filed pro se brief on June 11, 2013; Amended brief on August 5, 2013, and Reply brief to Appellee's brief October 7, 2013 on November 3, 2013.

## II.

The Eighth Court of Appeals gave its Opinion and Order of Moreno's appeal cause number 08-12-00028-CR to affirm the conviction of the 122th Court, entered on March 28, 2014. To date, no notice of the Eighth Court of Appeals' decision has been handed down to Moreno by certified mail pursuant to Rule 48.4 of the Tex. R. App. P. See, In re Schulman, 252 S.W. 3d 403, 410-411 (Tex. Crim. App. 2008), and Ex parte Jarrett, 891 S.W. 2d 935, 940 (Tex. Cr. App. 1994).

## III.

Moreno received actual knowledge of the Eighth Court of Appeals decision when he received a copy of the Courts' Mandate of August 11, 2014 in letter from his Mom and not from his appellate attorney. This letter was on October 9, 2014.

On October 15, 2014 Moreno filed a Motion For Leave and a Motion For Extension OF Time For Rehearing with the Eighth Court of Appeals but received an October 20, 2014 letter from the Court's Clerk, Denise Pacheco, stating the Court no longer has jurisdiction. Exhibit (A) of 11.07 mem. of law.

Moreno then filed an Application For A Writ Of Habeas Corpus with Supporting Memorandum Of Law for out-of-time appeal to file a Petition for Discretionary Review in the Court of Criminal Appeals on November 10, 2014.

He now files this Motion For Leave to file Application for Mandamus.

-2-

WHEREFORE, PREMISES CONSIDERED, Moreno prays that this Court grant leave to file Original Application for Writ of Mandamus pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, and Rule 72.1 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Patrick D. Moreno, Applicant - Pro Se
TDCJ No. 01752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was mailed to Gayle Henderson by U.S. Postal Service - First Class, prepaid postage, addressed to: Gayle Henderson/District Clerk, 112th Judicial Court, Pecos County, 400 S. Nelson, Fort Stockton, Texas 79735, and to the State Prosecuting Attorney at P.O. Box 13046, Austin, Texas 78711 on this the 9th day of February, 2015.

Patrick D. Moreno, Applicant - Pro Se
TDCJ No. 01752336

-3-

CAUSE NO. R-3061-1-112-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| MORENO, PATRICK D. TDCJ NO. 01752336, | § | RELATOR, |
| V. | § | |
| HENDERSON, GAYLE DIST. CLERK, PECOS COUNTY IN HER OFFICIAL CAPACITY, | § § | RESPONDENT. |

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS.

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Patrick D. Moreno, Relator, pro se, in the above styled and numbered cause of action and files this Original Application For Writ Of Mandamus, pursuant to Art. 11.07 Sec. 3 (c) of the Texas Code of Criminal Procedure, and would show the Court the following:

## RELATOR

Patrick D. Moreno, TDCJ No. 01752336, is incarcerated in the Texas Department of Criminal Justice and is appearing

pro se, who can be located at the Mark W. Stiles Unit, 3060 FM 3514, Beaumont, Jefferson County, Texas 77705.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial, not discretionary in nature. The Tex. Code of Crim. Proc., Art. 11.07 Section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application (with memorandum of law) for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application, along with the accompanying memorandum of law, for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have received notice from the Court of Criminal Appeals.

## II.

## RESPONDENT

Respondent, Gayle Henderson, in her capacity as District Clerk of Pecos County, Texas has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to Tex. Code of Crim. Proc., Art. 2.21, and is responsible under Tex. Code of Crim. Proc., Art. 11.07 Section 3(c) to immediately transmit to the Court of Criminal Appeals a copy of the application

-2-

(mem. of law) for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that finding was made if the convicting court decides that there are no issues to be resolved. Gayle Henderson, 112th District Clerk, Pecos County may be served at her place of business at Pecos County Judicial Building, 400 S. Nelson St., Ft. Stockton, Texas 79735.

## III.

## VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

The Respondent ("Henderson") violated Article 11.07, Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application, with memorandum of law, for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were respectfully requested to be transmitted.

Requests for the transmittal of the application with, mem. of law, for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made by Relator ("Moreno") to Henderson, 112th Dist. Clerk, Pecos County, by mailed, prepaid postage, letters through the U.S. Postal Service, First Class, on December 23, 2014; in a response to the receipt of Moreno's "filed stamped" copy of the application with memorandum of law for writ of habeas corpus on December 31, 2014 (in which Moreno received on December 30, 2014) (the filed stamp dated Dec. 11, 2014 on his November 10, 2014 filing of said writ) and on January 19, 2015 pursuant to Art. 11.07, Sec. 3(c) of the Tex. Code

-3-

of Crim. Proc. True and accurate copies of the above letters are attached hereto as Exhibits "A," "B" and "C" and are incorporated by reference herein for all purposes.

To date, Moreno has received no response from Henderson regarding Moreno's request for transmittal of a copy of the application with supporting memorandum of law for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

As is clear from Moreno's letters, Henderson has been repeatedly put on notice that Moreno seeks the transmittal of a copy of the November 10, 2014 filing of the application with supporting mem. of law for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such records are required by the Court of Criminal Appeals to act on Moreno's writ of habeas corpus for out-of-time appeal. Moreno has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Moreno's efforts, Henderson has wholly failed to comply with the Tex. Code of Crim. Proc., Art. 11.07, Sec. 3(c), is acting in bad faith, and has also failed to afford Moreno the professional and common courtesy of any written response to his correspondence and requests.

Article 11.07, Section 3(c) clearly states that "[i]f the convicting court decides that there are no such issues, the clerk shall immediately transmit [emphasis added] to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the Court to act within the allowed 20 days shall constitute such a finding." Tex.

-4-

Code of Crim. Proc., Art. 11.07 Sec. 3(c). Henderson is in violation of this procedure, ministerial duties, and thus the laws of this state.

Article 11.07 Section 3(d) states that "[i]f the convicting court decides that there are controverted, previously unresolved facts which are material to the legality of the applicant's confinement, it shall enter an order within 20 days of the expiration of the time allowed for the state to reply, designating the issues of fact to be resolved." See, Martin v. Hamlin, 25 S.W.3d 718 (Cr. App. 2000); Salinas v. Dretke, 354 F.3d 425 (C.A. 5th Tex. 2004), 124 S.Ct. 2099, and Ex parte White, (Cr. App. 2008) 2008 WL 217-862, Unreported. There has been no order designating the issues by the convicting Court as of to date.

Moreno filed original, and a copy therewith, application with supporting mem. of law for writ of habeas corpus for out-of-time appeal pursuant to Art. 11.07 of the Tex. Code of Crim. Proc. with the 112th Judicial District Court Clerk, Gayle Henderson, Pecos County, Texas 79735 on November 10, 2014 as stated above.

## MAILBOX RULE

To date, Moreno has not received a response to the inquiry of the December 23, 2014 letter to Henderson (Exhibit "B") of when his 11.07 habeas corpus application with supporting mem. of law was actually received by Henderson, which was filed on November 10, 2014.

Purpose of rule permitting document to be considered "served" on the day it is mailed is to give both parties a definite aid to begin counting time in which a response is due. Vernon's Ann. Texas Rules of Civil Procedure, Rule 21a. Blake v. Lewis,

-5-

866 S.W. 2d 687 (Tex. App. - Houston [Dist. 1] 1993). Moreno is well within his due process rights to have received notice from the Court of Criminal Appeals as having received his application with supporting memorandum of law for writ of habeas corpus for out-of-time appeal, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as prescribed by the law of this State.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator-Applicant, Patrick D. Moreno, respectfully requests a finding that Respondent, Gayle Henderson, did not transmit documents to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time after the dates they were requested, and that Moreno brought this litigation in good faith and has substantially prevailed. Moreno prays for an Order directing Henderson to transmit the documents to the Court of Criminal Appeals as directed in Article 11.07 Section 3(c) of the Tex. Code Crim. Proc., and as requested in Moreno's letters (Exhibits "A," "B," and "C").

Respectfully submitted,

*Patrick D. Moreno*

Patrick D. Moreno, Relator-Applicant
TDCJ No. 01752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

-6-

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above _Application For Writ of Mandamus_ was served on Respondent, Gayle Henderson, by placing a copy in the U.S. Mail Postal Service - First Class, prepaid postage, addressed to: Gayle Henderson / District Clerk for the 112th Judicial District Court, Pecos County, 400 S. Nelson, Fort Stockton, Texas 79735 and to the State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711, on this day Febraury 9th, 2015.

Patrick D. Moreno, Relator-Applicant
TDCJ No. 01752336

TAB A

Gayle Henderson, Dist. Clerk
112th District Court
400 S. Nelson St.
Fort Stockton, Texas 79735

December 31, 2014

Re: Ex Parte Moreno, Patrick D.
Tex. Code Crim. Proc., Art. 11.07
Trial Cause No. P-3156-112-CR; Appeal No. 08-12-00028-CR

Dear Gayle Henderson:

Thank you for the return of my copy, file stamped, of the application, with memorandum of law, for writ of habeas corpus for out-of-time appeal in which I filed with this Court on November 10th, 2014; I just received it last night.

However, I am perplexed to the date of the file stamp being Dec. 11, 2014. Am I to understand it took 31 days from the time I filed the 11.07 writ to the date upon which this Court received said application with mem. of law? Or is it just the file stamp you gave my copy?

As you know, I respectfully requested the transmittal of this application to the Court of Criminal Appeals pursuant to Art. 11.07 Sec. 3(c) of the Tex. Code Crim. Proc., the time perscribed by law, in a December 23rd, 2014 letter to you.

The cause number you affixed to my 11.07 application is P-3061-1-112-CR. My old indictment number was P-3061-112-CR. Please forgive me if I am wrong, but, is in error? Please respond to these inquiries to the address below as I am pro se. Thank you for your time and consideration.

Respectfully yours,
Patrick D. Moreno

Patrick D. Moreno, #1752336, App. pro se
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

XC:
PMoreno/File

Case No. P-3061-1-112-CR

FILED
AT 2:02 O'CLOCK P M
PECOS COUNTY, TEXAS
DEC 1 1 2014
GAYLE HENDERSON
CLERK OF DISTRICT COURT
BY _____ DEPUTY

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## APPLICATION FOR A WRIT OF HABEAS CORPUS
### SEEKING RELIEF FROM FINAL FELONY CONVICTION
UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: **Patrick D. Moreno**

DATE OF BIRTH: **May 4th, 1964**

PLACE OF CONFINEMENT: **Mark W. Stiles Unit - TDCJ-ID**

TDCJ-CID NUMBER: **01752336**   SID NUMBER: **06767621**

(1)   This application concerns (check all that apply):

☐   a conviction              ☐   parole

☐   a sentence               ☐   mandatory supervision

☐   time credit              ☑   out-of-time appeal or petition for
                                   discretionary review

(2)   What district court entered the judgment of the conviction you want relief from?
      (Include the court number and county.)

**112th Judicial District at Pecos County, Texas 79735**

(3)   What was the case number in the trial court?

**P-3156-112-CR**

(4)   What was the name of the trial judge?

**The Honorable Dick Alcala.**

Rev: 01/14/14

BOND $ _____

CAUSE NO. 5/54

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | PECOS COUNTY, TEXAS |
| | § | |
| PATRICK DELACRUZ MORENO | § | 112ᵀᴴ JUDICIAL DISTRICT |

## INDICTMENT

DEFENDANT:        PATRICK DELACRUZ MORENO
DATE OF BIRTH:    MAY 4, 1964
FELONY CHARGE:    MURDER
                  TEXAS PENAL CODE §19.02
                  FIRST DEGREE FELONY (Enhanced - 15 yrs. to Life)

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The 112ᵗʰ Judicial District Grand Jury for the County of Pecos, State of Texas, duly selected, impaneled, sworn, charged, and organized as such by the 112ᵗʰ Judicial District Court for said County at the May 2011 Term of the said Court, upon their oaths present in and to said Court that in Pecos County, Texas, **PATRICK DELACRUZ MORENO**, hereafter styled the Defendant, heretofore on or about **APRIL 16, 2010**, did then and there intentionally or knowingly cause the death of an individual, namely, Jennifer Christian, by striking her in the head with his hand;

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 13ᵗʰ day of February 2002, in cause number 2001438264 in the 364ᵗʰ District Court of Lubbock County, Texas, the defendant was convicted of the felony offense of Burglary of a Habitation;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
PRESIDING JUROR

FILED
AT 2:40 O'CLOCK ___ P. M.

1 3 2011

GAY·E HENDERSON
CLERK OF DISTRICT COURT
PECOS COUNTY, TEXAS

RECEIVED OCT 2 6 2011

BOND $ _75,000.00_
_3 9_

CAUSE NO. 3061

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | PECOS COUNTY, TEXAS |
| | § | |
| PATRICK DELACRUZ MORENO | § | 112TH JUDICIAL DISTRICT |

**INDICTMENT**

FILED
AT 515 O'CLOCK P M

SEP 1 7 2010

GAYLE HENDERSON
CLERK OF DISTRICT COURT
PECOS COUNTY TEXAS
BY _____ DEPUTY

DEFENDANT:          PATRICK DELACRUZ MORENO
DATE OF BIRTH:      MAY 4, 1964
FELONY CHARGE:      COUNT ONE:
                    MURDER
                    TEXAS PENAL CODE §19.02
                    FIRST DEGREE FELONY (Enhanced - 15 yrs. to Life)

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The 112th Judicial District Grand Jury for the County of Pecos, State of Texas, duly selected, impaneled, sworn, charged, and organized as such by the 112th Judicial District Court for said County at the May 2010 Term of the said Court, upon their oaths present in and to said Court that in Pecos County, Texas, **PATRICK DELACRUZ MORENO**, hereafter styled the Defendant, heretofore on or about **APRIL 16, 2010**, did then and there intentionally or knowingly cause the death of an individual, namely, Jennifer Christian, by striking her in the head with his fists;

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 13th day of February 2002, in cause number 2001438264 in the 364th District Court of Lubbock County, Texas, the defendant was convicted of the felony offense of Burglary of a Habitation;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_Chris Clinton_
PRESIDING JUROR

A TRUE AND CORRECT COPY I DO HEREBY
CERTIFY, VOL. _____ PAGE _____
DATE ___9-28-10___
GAYLE HENDERSON
DISTRICT CLERK, PECOS COUNTY
B _____ DEPUTY

TAB B

Gayle Henderson, Dist. Clerk
112th Judicial Dist. Court
400 S. Nelson St.
Fort Stockton, Texas 79735

December 23, 2014

Re: <u>Ex Parte Moreno</u>, Patrick D.
Tex. Code of Crim. Proc., Art. 11.07.
Appeal No. 08-12-00028-CR

Dear Gayle Henderson:
I am requesting for the transmittal of the application, with accompanying memorandum of law, for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made pursuant to Article 11.07 Section 3(c) of the Tex. Code Crim. Proc. to the Court of Criminal Appeals within the time perscribed by law.
The application, with memorandum of law, for writ of habeas corpus, and a copy therewith, was filed, pro se, with this Honorable Court on November 10, 2014.
Your time and consideration of this matter is greatly appreciated. Thank you.

Respectfully yours,

Patrick D. Moreno, Applicant
TDCJ No. 01752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

CC:
PMoreno/File

TAB C

Gayle Henderson, District Clerk
112th Judicial District Court
400 S. Nelson St.
Fort Stockton, Texas 79735


January 19, 2015


Re: <u>Ex Parte Moreno</u>, Patrick D.
Art. 11.07 Tex. Code Crim. Proc.
Appeal No. 08-12-00028-CR; Trial No. P-3156-112-CR

Dear Gayle Henderson:
I am requesting for the transmittal of my November 10, 2014 filing application with accompanying memorandum of law for writ of habeas corpus for out-of-time appeal, any answers filed, and a certificate reciting the date upon which that finding was made pursuant to Art. 11.07, Sec. 3(c) of the Tex. Code of Crim. Proc. to the Court of Criminal Appeals as perscribed by law.
Thank you for your time and consideration.


Respectfully yours,

Patrick D. Moreno, #1752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

XC:
P Moreno/File